IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KIP COWGER                                                                                   PLAINTIFF

vs.                                     CIVIL NO. 05-5094

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

**J U D G M E N T**

Now on this 19th day of July, 2006, comes on for consideration the Report and Recommendation dated May 1st, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

    IT IS SO ORDERED.

                                                    /s/Jimm Larry Hendren
                                                    HONORABLE JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE